FILED

01/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0477

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0477

ROBYN DRISCOLL; MONTANA DEMOCRATIC PARTY; AND
DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE,

Plaintiffs and Appellees,

v.

CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant Christi Jacobsen's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including March 5, 2021, in which to prepare, serve, and file its opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2021